**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

PENN ENTERTAINMENT, INC. F/K/A   :   No. 7 EM 2024
PENN NATIONAL GAMING, INC.,   :
AMERISTAR CASINO BLACK HAWK,   :
LLC; SOKC, LLC; PENN SANFORD, LLC;   :
AMERISTAR CASINO COUNCIL   :
BLUFFS, LLC; ALTON CASINO, LLC; HC   :
AURORA, LLC; HC JOLIET, LLC;   :
ILLINOIS GAMING INVESTORS LLC;   :
AMERISTAR CASINO EAST CHICAGO,   :
LLC; INDIANA GAMING COMPANY, LLC;   :
KANSAS ENTERTAINMENT, LLC; PNK   :
(BOSSIER CITY), L.L.C.; LOUISIANA-I   :
GAMING; PNK (BATON ROUGE)   :
PARTNERSHIP; PNK (LAKE CHARLES),   :
L.L.C.; BOSSIER CASINO VENTURE,   :
LLC; PLAINVILLE GAMING AND   :
REDEVELOPMENT, LLC; HC BANGOR,   :
LLC; GREEKTOWN CASINO, L.L.C.; THE   :
MISSOURI GAMING COMPANY, LLC;   :
ST. LOUIS GAMING VENTURES, LLC;   :
PNK (RIVER CITY), LLC; RIH   :
ACQUISITIONS MS II, LLC; PNK   :
VICKSBURG, LLC; BTN, LLC; BSLO,   :
LLC; HWCC-TUNICA, LLC; PENN NJ   :
OTW, LLC; ZIA PARK LLC; CACTUS   :
PETE'S, LLC; LVGV, LLC; TROPICANA   :
LAS VEGAS, INC.; CENTRAL OHIO   :
GAMING VENTURES, LLC; TOLEDO   :
GAMING VENTURES, LLC; DAYTON   :
REAL ESTATE VENTURES, LLC;   :
YOUNGSTOWN REAL ESTATE   :
VENTURES, LLC; MOUNTAINVIEW   :
THOROUGHBRED RACING   :
ASSOCIATION, LLC; CCR RACING   :
MANAGEMENT; WASHINGTON   :
TROTTING ASSOCIATION, LLC;   :
MARQUEE BY PENN, LLC; SAM   :
HOUSTON RACE PARK LLC; AND PNGI   :
CHARLES TOWN GAMING, LLC.,   :
  :
            Petitioner's   :
  :

v.                                 :
:
:
:
ZURICH AMERICAN INSURANCE COMPANY, INTERSTATE FIRE & CASUALTY COMPANY, AMERICAN INTERNATIONAL GROUP UK LIMITED, ACE AMERICAN INSURANCE COMPANY, HALLMARK SPECIALTY INSURANCE COMPANY, STARR SURPLUS LINES INSURANCE COMPANY, COLONY INSURANCE COMPANY, AXIS SURPLUS INSURANCE COMPANY, EVANSTON INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, QBE SPECIALTY INSURANCE COMPANY, NEON WORLDWIDE PROPERTY CONSORTIUM 9761, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, KNOWN AS SYNDICATE NO. 1886 QBE, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, KNOWN AS SYNDICATE NO. 1414 ASC, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, KNOWN AS SYNDICATE AXIS SPECIALTY EUROPE SE, LIRMA A9505, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, KNOWN AS SYNDICATE NO. 2468 NEO, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, KNOWN AS SYNDICATE NO. 0033 HIS, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, KNOWN AS SYNDICATE NO. 1183 TAL, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, KNOWN AS SYNDICATE NO. 1200 AMA, HCC INTERNATIONAL INSURANCE COMPANY PLC, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, KNOWN AS SYNDICATE NO. 4444 CNP, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, KNOWN AS SYNDICATE NO. 1458 RNR, AND

CERTAIN UNDERWRITERS AT           :
LLOYD'S, LONDON, KNOWN AS
SYNDICATE NO. 0609 AUW,

        Respondent's

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of April, 2024, the Application for Leave to File Reply is GRANTED, and the "Application for Expedited Review Seeking this Court's Exercise of King's Bench Power of Extraordinary Jurisdiction" is DENIED.